# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 24-cr-00164-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MAURICE MITCHELL (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

The Report and Recommendation of the Magistrate Judge [Doc. No. 38] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the Motion To Suppress [Doc. No. 24] filed by Defendant Maurice Mitchell is hereby **DENIED**.

**MONROE, LOUISIANA**, this 28th day of January 2025.

_____
**TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT**